IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEBRA LUSTER,

Plaintiff,

v().

MOHAMMADHOSSEIN EDALATI, *et al*.,

Defendants.

Case No. 23-cv-654 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 9/19/2023

MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk


**Approved:**     *s/J. Phil Gilbert*
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**